378

374 A.2d 693
COMMONWEALTH of Pennsylvania, DEPARTMENT
OF ENVIRONMENTAL RESOURCES,
Appellant,

v.

COMMONWEALTH of Pennsylvania PUBLIC UTIL-
ITY COMMISSION, Appellee,
Harold D. and Catherine M. McCoy,
Intervening Party-Appellants,
and
The Potomac Edison Company,
Intervening Appellee.

Supreme Court of Pennsylvania.

Argued May 26, 1977.

Decided July 8, 1977.

Dennis J. Harnish, Special Asst. Atty. Gen., Harris-
burg, for appellant.

J. L. Doyle, Maxwell & Bridgers, Waynesboro, for ap-
pellee, Potomac Edison Co.

Barnett Satinsky, Chief Counsel, Michael P. Kerrigan,
Asst. Counsel, Harrisburg, for appellee, Public Utility
Commission.

Before EAGEN, C. J., and O'BRIEN, ROBERTS,
POMEROY, NIX, and MANDERINO, JJ.

OPINION

PER CURIAM:

Order affirmed.